IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LINDA MICHAEL,**

    *Petitioner*,

v.                                          Case No.: 4:22cv414-MW/MAF

**RICKY D. DIXON, Secretary,
Department of Corrections,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. Respondent's motion to transfer this petition, ECF No. 9, is DENIED. Respondent shall file an answer, motion, or other response to the habeas petition **on or before March 20, 2023**. Petitioner is permitted to file a reply on or before thirty (30) days after service of Respondent's answer, motion, or other

response. This matter is referred to the Magistrate Judge for further proceedings.

**SO ORDERED on February 17, 2023.**

            **s/Mark E. Walker      **
            **Chief United States District Judge**