IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LINDA MICHAEL,**

 *Petitioner*,

v.           Case No.: 4:22cv414-MW/MAF

**RICKY D. DIXON, Secretary,
Department of Corrections,**

 *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and has also reviewed *de novo* Petitioner's objections, ECF No. 31.

Petitioner raises several arguments, but none help her claim. Nothing in Petitioner's objections rebuts the Magistrate Judge's finding that Petitioner has filed a second or successive 28 U.S.C. § 2254 petition *without acquiring an order from the Eleventh Circuit permitting this Court to consider such a petition*, which deprives this Court of jurisdiction. *See* 28 U.S.C. § 2244(b)(3)(A). Further, nothing in Petitioner's objections rebuts the Magistrate Judge's finding that, to the extent Petitioner challenges Florida's clemency process, such a claim is not cognizable under section 2254. *See Valle v. Sec'y, Fla. Dep't of Corr.*, 654 F.3d 1266, 1267–68

(11th Cir. 2011) (noting that a section 1983 claim—not a section 2254 petition—is the proper vehicle to challenge the process by which clemency decisions are made). For these same reasons, Petitioner has failed to make a substantial showing of a violation of a constitutional right under 28 U.S.C. 2253(c)(2) and her motion for a certificate of appealability, ECF No. 31, is due to be denied. Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 30, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion.

2. The Clerk shall enter judgment stating, "The petition under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED without prejudice** under 28 U.S.C. § 2244(b)(3)(A) as an unauthorized second or successive habeas petition."

3. Petitioner's motion for a certificate of appealability, ECF No. 31, is **DENIED**.

4. Respondent's motion to dismiss, ECF No. 23, is **DENIED as moot**.

5. The Clerk shall close the file.

**SO ORDERED on October 4, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**